AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America v.<br>-01 Claudia Edith REYNA-Garcia (MX)<br>and<br>-02 Jorge Arturo GONZALEZ (USC)<br><br>*Defendant* | )<br>)<br>) Case No. M-19-2222-M<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  09/13/2019  in the county of  Hidalgo  in the  Southern  District of  Texas , the defendant violated  21  U. S. C. §  841/846 , an offense described as follows:

Knowingly and intentionally possess with the intent to distribute a controlled substance, approximately 3.46 kilograms of cocaine, a scheduled II controlled substance,

Conspiracy to knowingly possess with intent to distribute a controlled substance, approximately 3.46 kilograms of cocaine, a scheduled II controlled substance.

This criminal complaint is based on these facts:
See Attachment "A"

☑ Continued on the attached sheet.

/S/ Eddie A. Ramirez
*Complainant's signature*

Eddie A. Ramirez, HSI Special Agent
*Printed name and title*

Sworn to and executed by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on:

Date:  09/14/2019 — 6:59 p.m.

City and state:  McAllen, Texas

Judge's signature

Judge Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

## "ATTACHMENT A"

I am a Special Agent (SA) of the United States Homeland Security Investigations (HSI), and have knowledge of the following facts:

1. On September 13, 2019, Claudia Edith REYNA-Garza entered the United States through the Hidalgo, Texas Port of Entry with three bundles of approximately 3.46 Kgs of Cocaine, a schedule II controlled substance, secured against her body and concealed under her clothing in plastic and tape wrappings. REYNA then travelled to McAllen, Texas with the intent to deliver the controlled substance to an apartment at a pre-determined location.

2. HSI Special Agents (SAs), conducting surveillance at 6300 N. 11th St. McAllen, Texas, witnessed REYNA knock on an apartment front door. The door opened from the inside and REYNA placed a green bag with wrapped bundles inside the apartment. REYNA was heard saying "soy yo (it's me)" and that she was in a hurry. REYNA then departed on foot. SAs identified themselves as law enforcement and detained REYNA.

3. HSI SAs maintained continuous observation on that apartment until a male, later identified as Jorge Arturo GONZALEZ, exited the apartment a minute later and walked to the side of the apartment building. Agents did not observe anyone else exit that apartment.

4. Agents approached GONZALEZ and identified themselves as law enforcement. SAs questioned GONZALEZ as to his name, date of birth and subsequently asked for consent to search his residence to which GONZALEZ agreed.

5. SAs asked if there was anything in the residence that law enforcement should know about to which GONZALEZ replied he had guns, money and cocaine.

6. During the consensual search of the residence, SAs discovered two handguns, ammunition, approximately $2,000 USD, a digital weight scale, and bullet holes on the exterior wall of his apartment. The green bag REYNA had placed at the door's opening had been moved from its original point to the side of the doorway. Agents did not observe anyone else inside of the apartment.

7. HSI SAs, advised GONZALEZ of his Miranda warnings in the English language, which he stated he understood and wished to invoke his right to counsel.

8. HSI SAs, advised REYNA of her Miranda warnings in the Spanish language, to which she stated she understood and waived her rights voluntarily.

9. Post Miranda, REYNA stated she was aware there was a controlled substance on her person, and she was paid to deliver the controlled substance to the apartment at 6300 N. 11th Street in McAllen, Texas. REYNA stated that she had made several successful prior deliveries of controlled substances to the same male individual at the same apartment in McAllen, Texas. REYNA stated that she does not know the male's name and that when she told him she needed to hurry he replied in Spanish "Why? Is something wrong?"